FILED
2017 JAN 31 PM 4:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MERRILY ANN STEFFEN,<br>JAMES RANDALL STEFFEN,<br>  aka "Randy Steffen,"<br>MOLLY JO BLACKBURN-STEFFEN, and<br>LANCE ALLAN JOWERS,<br><br>Defendants. | CR No. 17-SA17-CR-00006<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 371: Conspiracy] |

The Grand Jury charges:

[18 U.S.C. § 371]

A.  <u>INTRODUCTORY ALLEGATIONS</u>

At all times relevant to this Indictment:

<u>The Defendants</u>

1.  Defendants MERRILY ANN STEFFEN ("MERRILY STEFFEN") and JAMES RANDALL STEFFEN, also known as "Randy Steffen" ("JAMES STEFFEN") were husband and wife, and residents of Illinois. Defendants MERRILY STEFFEN and JAMES STEFFEN were the mother and

father of co-conspirator Jarrod Wade Steffen ("Wade Steffen"). Wade Steffen was also a resident of Illinois.

2. Defendant MOLLY JO BLACKBURN-STEFFEN ("MOLLY STEFFEN") was the girlfriend, fiancée, and then wife of Wade Steffen, and a resident of Iowa.

3. LANCE ALLAN JOWERS ("JOWERS") was a resident of Texas.

The Endangered Species Act

4. The Endangered Species Act ("ESA") was enacted to provide a program for the conservation of endangered species and threatened species.

5. Under the ESA, the term "endangered species" included any species which was in danger of extinction throughout all or a significant portion of its range. The ESA set forth a process by which it was determined whether any species was endangered. All species of wildlife determined to be endangered were listed at Title 50, Code of Federal Regulations, Section 17.11.

6. The species Diceros bicornis, which is commonly known as the Black rhinoceros, was determined to be and was listed as an endangered species.

7. The lead federal agencies responsible for the implementation, enforcement, and administration of the ESA were the United States Fish and Wildlife Service ("USFWS") and the United States National Oceanic and Atmospheric Administration – Fisheries Service.

The Convention on International Trade in Endangered Species

8. The United States was a signatory to the Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES"). CITES protected certain species of fish, wildlife, and

plants against overexploitation by regulating trade in the species. Protected species were listed in appendices to CITES (Appendices I, II, and III).

9. All rhinoceros species had a minimum level of protection under CITES under Appendix II, and some were listed under Appendix I as well. Black rhinoceros were protected as an Appendix I species, while White rhinoceros were protected as Appendix I or II species, depending on the particular subspecies.

10. CITES was implemented through the ESA and regulations promulgated thereunder.

B. OBJECTS OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, and including from at least in or about September 2010, and continuing to on or about February 18, 2012, in Los Angeles County, San Bernardino County, and Orange County, within the Central District of California, and elsewhere, defendants MERRILY STEFFEN, JAMES STEFFEN, MOLLY STEFFEN, and JOWERS, and other co-conspirators known and unknown to the Grand Jury, knowingly conspired and agreed to commit the following offenses against the United States:

1. to knowingly and willfully defraud the United States by using deceitful and dishonest means to frustrate the functions and efforts of the United States Fish and Wildlife Service ("USFWS") to enforce the United States' international treaty obligations under CITES and to protect threatened and endangered rhinoceros species from overexploitation by regulating trade in such species, in accordance with the regulations and provisions of the ESA;

2. to knowingly deliver, receive, carry, transport, and ship, in interstate and foreign commerce, by any means whatsoever and in

the course of a commercial activity, endangered wildlife species, namely, Black rhinoceros horns, in violation of Title 16, United States Code, Sections 1538(a)(1)(E) and 1540(b);

3. to knowingly sell and offer for sale in interstate and foreign commerce endangered wildlife species, namely, Black rhinoceros horns, in violation of Title 16, United States Code, Sections 1538(a)(1)(F) and 1540(b);

4. to knowingly engage in conduct that involved the sale and purchase of, offer for sale and purchase of, and intent to sell and purchase endangered wildlife, namely, Black rhinoceros horns, with a market value in excess of $350, and to knowingly transport, sell, receive, acquire, and purchase, and attempt to transport, sell, receive, acquire, and purchase, such wildlife, knowing that the wildlife was transported and sold in violation of, and in a manner unlawful under, the laws and regulations of the United States, in violation of Title 16, United States Code, Sections 1538(a)(1)(E), (F), 3372(a)(1), (4), and 3373(d)(1)(B);

5. to knowingly engage in conduct that involved the sale and purchase of, offer for sale and purchase of, and intent to sell and purchase wildlife, namely, CITES-protected rhinoceros horns, with a market value in excess of $350, and to knowingly make and submit any false record, account, and label for, and any false identification of, such wildlife knowing that it has been, and is intended to be, transported in interstate and foreign commerce, in violation of Title 16, United States Code, Sections 3372(d)(2) and 3373(d)(3)(A)(ii).

C.  MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished in substance as follows:

1. Co-conspirator Wade Steffen and defendants MERRILY STEFFEN, JAMES STEFFEN, and MOLLY STEFFEN would identify CITES-protected White rhinoceros horns and CITES-protected and endangered Black rhinoceros horns for sale throughout the United States with the intent to sell, transport, ship, and deliver the rhinoceros horns to three co-conspirators, namely, Felix Kha ("F. Kha"), Vinh Chuong Kha ("V. Kha"), and Nhu Mai Nguyen ("Nguyen"), in San Bernardino County and Orange County, California.

2. On occasion, co-conspirator F. Kha would contact and provide co-conspirator Wade Steffen with information regarding the location of rhinoceros horns for sale throughout the United States.

3. Co-conspirator Wade Steffen would share the information received from co-conspirator F. Kha regarding rhinoceros horns available for purchase and sale with defendants MERRILY STEFFEN, JAMES STEFFEN, and MOLLY STEFFEN.

4. Co-conspirator Wade Steffen and defendants MERRILY STEFFEN, JAMES STEFFEN, and MOLLY STEFFEN would contact the owners of the rhinoceros horns in interstate commerce to arrange for the purchase and sale of the rhinoceros horns.

5. Co-conspirator Wade Steffen and defendants MERRILY STEFFEN, JAMES STEFFEN, and MOLLY STEFFEN would negotiate in interstate commerce purchases and sale prices for the rhinoceros horns.

6. Co-conspirator Wade Steffen and defendants MERRILY STEFFEN, JAMES STEFFEN, and MOLLY STEFFEN would travel in interstate commerce to purchase, receive, and acquire the rhinoceros horns.

7. Co-conspirator Wade Steffen and defendants MERRILY STEFFEN and MOLLY STEFFEN would then ship, transport, and deliver the rhinoceros horns to co-conspirators F. Kha, V. Kha, and Nguyen in San Bernardino County and Orange County, California.

8. On occasion, co-conspirator Wade Steffen and defendant MERRILY STEFFEN would falsely label and identify the rhinoceros horns shipped, transported, and delivered to co-conspirators F. Kha, V. Kha, and Nguyen in San Bernardino County and Orange County, California, as "toys" or "antiques."

9. Co-conspirator Wade Steffen and defendants MERRILY STEFFEN and MOLLY STEFFEN would travel to Long Beach, California to receive money from co-conspirators F. Kha, V. Kha, and Nguyen to be used to purchase rhinoceros horns in interstate commerce, and as compensation for rhinoceros horns previously purchased by co-conspirator Wade Steffen and defendants MERRILY STEFFEN, JAMES STEFFEN, and MOLLY STEFFEN in interstate commerce.

10. Acting on behalf of co-conspirator Wade Steffen and defendants MERRILY STEFFEN, JAMES STEFFEN, and MOLLY STEFFEN, defendant JOWERS, among other individuals known and unknown to the Grand Jury, would act as a straw buyer to purchase rhinoceros horns for them in Texas.

11. Co-conspirator Wade Steffen and defendants MERRILY STEFFEN, JAMES STEFFEN, and MOLLY STEFFEN would ship, transport, and deliver the rhinoceros horns purchased for them by defendant JOWERS to co-

conspirators F. Kha, V. Kha, and Nguyen in San Bernardino County and Orange County, California.

D. OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants MERRILY STEFFEN, JAMES STEFFEN, MOLLY STEFFEN, and JOWERS, together with co-conspirator Wade Steffen, and other co-conspirators known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1: In or about September 2010, co-conspirator Wade Steffen arranged to purchase a pair of White rhinoceros horns from M.B. and G.M. in Wisconsin for $60,000.

Overt Act No. 2: In or about September 2010, M.B. transported the pair of White rhinoceros horns purchased by co-conspirator Wade Steffen for $60,000 from Wisconsin to the residence of defendants MERRILY STEFFEN and JAMES STEFFEN in Richmond, Illinois. Defendant MERRILY STEFFEN paid M.B. $60,000 in cash for the pair of White rhinoceros horns.

Overt Act No. 3: In or about September 2010, defendants MERRILY STEFFEN and JAMES STEFFEN traveled to Wausau, Wisconsin, from Richmond, Illinois, to purchase a pair of White rhinoceros horns for $70,000 in cash.

Overt Act No. 4: In or about December 2010, co-conspirator Wade Steffen and defendant MOLLY STEFFEN travelled to Three Lakes, Wisconsin, to purchase a pair of White rhinoceros horns from M.B. and G.M. for $60,000 in cash and checks.

Overt Act No. 5: In or about December 2010, defendant MOLLY STEFFEN provided a personal check to M.B. and G.M. in Three Lakes, Wisconsin, as partial payment for a pair of White rhinoceros horns.

Overt Act No. 6: In or about December 2010, co-conspirator Wade Steffen and defendant MOLLY STEFFEN transported a pair of White rhinoceros horns from Three Lakes, Wisconsin, to Richmond, Illinois, with the intent to sell and ship the rhinoceros horns to co-conspirator F. Kha in California.

Overt Act No. 7: In or about December 2010, co-conspirator Wade Steffen sold the pair of White rhinoceros horns purchased for $60,000 from M.B. and G.M. in Three Lakes, Wisconsin, to co-conspirator F. Kha in California for $83,000.

Overt Act No. 8: In or about August 2011, defendants MERRILY STEFFEN and JAMES STEFFEN traveled from Richmond, Illinois, to Chicago, Illinois, to purchase a pair of Black rhinoceros horns which they knew had recently been purchased by the seller in Nebraska.

Overt Act No. 9: In or about August 2011, co-conspirator Wade Steffen paid defendant MERRILY STEFFEN $1,000 for the Chicago, Illinois purchase of the Black rhinoceros horns from Nebraska.

Overt Act No. 10: In or about August 2011, J.H. contacted co-conspirator Wade Steffen regarding a pair of Black rhinoceros horns available for purchase in Salem, Oregon.

Overt Act No. 11: In or about August 2011, defendants MERRILY STEFFEN and JAMES STEFFEN provided J.H. with $17,000 in cash in Richmond, Illinois, to be used to purchase the Black rhinoceros horns available for sale in Salem, Oregon.

Overt Act No. 12: On or about August 3, 2011, co-conspirator Wade Steffen and co-conspirator F. Kha exchanged text messages

regarding a pair of Black rhinoceros horns available for purchase and sale in Cameron, Texas.

Overt Act No. 13: In or about August 2011, co-conspirator Wade Steffen asked defendant JOWERS to act as a straw buyer for the pair of Black rhinoceros horns available for purchase and sale in Cameron, Texas.

Overt Act No. 14: In or about August 2011, co-conspirator Wade Steffen and defendant JOWERS purchased the pair of Black rhinoceros horns from J.W. in Cameron, Texas, for approximately $52,500.

Overt Act No. 15: In or about August 2011, co-conspirator Wade Steffen paid defendant JOWERS $1,000 for his role as a straw buyer of the Cameron, Texas pair of Black rhinoceros horns.

Overt Act No. 16: On or about August 31, 2011, defendant MERRILY STEFFEN shipped a pair of White rhinoceros horns falsely identified in shipping records as "TOYS" from Richmond, Illinois, to co-conspirator Nguyen in Highland, California.

Overt Act No. 17: On or about September 1, 2011, defendant MOLLY STEFFEN received a wire transfer from co-conspirator F. Kha in the amount of $9,000.

Overt Act No. 18: On or about October 14, 2011, co-conspirator Wade Steffen asked defendant JOWERS to act as a straw buyer for the purchase of three pairs of Black rhinoceros horns for sale at an auction in Fort Worth, Texas.

Overt Act No. 19: On or about October 14, 2011, co-conspirator Wade Steffen provided approximately $98,000 of "buy money" to defendant JOWERS for the straw purchase of three Black rhinoceros mounts (one pair of horns each) for sale at the auction in Fort Worth, Texas.

Overt Act No. 20:   On or about October 15, 2011, defendant JOWERS purchased the three Black rhinoceros mounts at the auction in Fort Worth, Texas, on behalf of co-conspirator Wade Steffen for approximately $80,000.

Overt Act No. 21:   On or about October 15, 2011, co-conspirator Wade Steffen and defendant JOWERS used a chain saw to remove the horns from two of the Black rhinoceros mounts purchased by defendant JOWERS at the auction in Fort Worth, Texas.

Overt Act No. 22:   On or about October 15, 2011, co-conspirator Wade Steffen paid defendant JOWERS approximately $10,000 for his straw purchase of the three Black rhinoceros mounts at the auction in Fort Worth, Texas.

Overt Act No. 23:   In or about October and November 2011, co-conspirator Wade Steffen sold the horns removed from the three Black rhinoceros mounts purchased by defendant JOWERS at the auction in Fort Worth, Texas, to co-conspirators F. Kha, V. Kha, and Nguyen for approximately $125,000.

Overt Act No. 24:   On or about October 20, 2011, defendant MOLLY STEFFEN left a voice mail message for a law enforcement officer acting in an undercover capacity ("UCO #1") in Iowa who was offering to sell a pair of Black rhinoceros horns.  In her voice mail message, defendant MOLLY STEFFEN stated as follows: "Hi, this is Molly Blackburn, and [J.L.] told me that you have a horn for sale, and I was wondering if I could come get it from ya.  If you could, call me back at [phone number].  Thank you."

Overt Act No. 25:   On or about October 21, 2011, defendant MOLLY STEFFEN called the UCO #1 in Iowa to discuss the purchase and sale of the pair of Black rhinoceros horns.  During the phone call,

defendant MOLLY STEFFEN stated, among other things, the following: "It's a, actually I'm just running up and getting it for my fiancé [co-conspirator Wade Steffen]. I'll have to ask him because I'm not sure. I don't even know what he pays for them. SO, he is the one that actually talked to [J.L.]. He just wanted me to call you and wanted me to come get it because he is out of town for a few weeks."

Overt Act No. 26: On or about October 28, 2011, during a phone call with the UCO #1 in Iowa that was offering to sell her a pair of Black rhinoceros horns, defendant MOLLY STEFFEN stated as follows: "We will be coming through there next week, are you going to be around?"

Overt Act No. 27: On or about November 2, 2011, co-conspirator Wade Steffen met with the UCO #1 in Des Moines, Iowa, to purchase the pair of Black rhinoceros horns.

Overt Act No. 28: On or about November 6, 2011, co-conspirator Wade Steffen and defendant MERRILY STEFFEN purchased a pair of Black rhinoceros horns from T.S., a resident of Minnesota, for approximately $40,000 at defendant MERRILY STEFFEN's home in Richmond, Illinois.

Overt Act No. 29: On or about November 28, 2011, defendant JOWERS sent the following text message regarding his efforts to purchase a Black rhinoceros mount from a second law enforcement officer acting in an undercover capacity in Indiana ("UCO #2") to co-conspirator Wade Steffen: "That guy in Indiana called me. I am gonna try and set that deal up for the 19th of December. Can you call you man in Indiana to make sure he can do it."

Overt Act No. 30: On or about November 28, 2011, defendant JOWERS sent the following text message to co-conspirator Wade Steffen

regarding his efforts to purchase the Black rhinoceros mount from UCO #2 in Indiana: "Also once I get it I would like to meet your mom [defendant MERRILY STEFFEN] and give it to her to ship. What do you think?"

Overt Act No. 31:  On or about November 28, 2011, co-conspirator Wade Steffen replied to defendant JOWERS' text messages referenced in Overt Acts Nos. 29 and 30 above, as follows: "Yes that's fine my mans ready whenever."

Overt Act No. 32:  On or about November 28, 2011, defendant JOWERS replied to co-conspirator Wade Steffen's text message referenced in Overt Act No. 31 above, as follows: "Ok he said he will take 20 [$20,000].

Overt Act No. 33:  On or about December 8, 2011, co-conspirator Wade Steffen sent the following text message to defendant JOWERS regarding JOWERS' efforts to purchase the Black rhinoceros mount from UCO #2 in Indiana: "Are u putting half the funds up next week."

Overt Act No. 34:  On or about December 8, 2011, co-conspirator Wade Steffen sent the following text message to defendant JOWERS regarding JOWERS' efforts to purchase the Black rhinoceros mount from UCO #2 in Indiana: "We all know how greedy u get."

Overt Act No. 35:  On or about December 8, 2011, defendant JOWERS replied to co-conspirator Wade Steffen's text message referenced in Overt Act No. 33 above, as follows: "You find we split the profit that's what I heard for the past couple of months."

Overt Act No. 36:  On or about December 8, 2011, co-conspirator Wade Steffen replied to defendant JOWERS' text message referenced in Overt Act No. 35 above, as follows: "Ya but I wont be there to make

1  sure its real or if something goes wrong you need to be in all the
2  way partner."
3      Overt Act No. 37:   On or about December 8, 2011, defendant
4  JOWERS replied to co-conspirator Wade Steffen's text message
5  referenced in Overt Act No. 36 above, as follows: "Why now are you
6  asking me to put up half the money on the mounts.  None of the other
7  people that have found em hasn't had to put up the money.  Whats the
8  deal I guess it's just me huh.  I'm flying up there renting the car
9  setting everything up and we both get paid what's the deal."
10     Overt Act No. 38:   On or about December 8, 2011, co-conspirator
11 Wade Steffen replied to defendant JOWERS' text message referenced in
12 Overt Act No. 37 above, as follows: "How do you know I though that's
13 what a partnered deal is im not to sure bout it anyway you have no
14 risk whats the problem."
15     Overt Act No. 39:   On or about December 8, 2011, defendant
16 JOWERS replied to co-conspirator Wade Steffen's text message
17 referenced in Overt Act No. 38 above, as follows: "Risk I have all
18 the risk.  N the one setting the deal up.  I know if it's real or
19 not.  If you are scared I won't do the deal.  No problem."
20     Overt Act No. 40:   On or about December 23, 2011, defendants
21 MERRILY STEFFEN and JAMES STEFFEN traveled from Richmond, Illinois to
22 Wisconsin Dells, Wisconsin, to purchase a pair of White rhinoceros
23 horns from T.S., a resident of Minnesota, for $65,000 in cash.  The
24 rhinoceros horns were then sold to co-conspirator F. Kha for $72,000.
25     Overt Act No. 41:   In or about January 2012, co-conspirator
26 Wade Steffen asked defendant JOWERS to act as a straw buyer for a
27 Black rhinoceros mount offered for sale by J.S. near Waco, Texas.
28

1  Overt Act No. 42:   In or about January 2012, defendant JOWERS
2  agreed to act as a straw buyer on behalf of co-conspirator Wade
3  Steffen for the purchase of the Black rhinoceros mount for sale by
4  J.S. near Waco, Texas.
5  Overt Act No. 43:   In or about January 2012, co-conspirator
6  Wade Steffen paid defendant JOWERS approximately $1,000 for his role
7  as a straw buyer of the Black rhinoceros mount for sale by J.S. near
8  Waco, Texas.
9  Overt Act No. 44:   In or about January 2012, co-conspirator
10 Wade Steffen sold the horns removed from the Black rhinoceros mount
11 purchased by defendant JOWERS from J.S. to co-conspirator F. Kha for
12 approximately $89,000.
13 Overt Act No. 45:   On or about January 11, 2012, defendant
14 MERRILY STEFFEN traveled by air from Long Beach, California, to
15 Chicago, Illinois, with approximately $350,000 in rhinoceros horn
16 purchase money and proceeds, provided to her by co-conspirators F.
17 Kha, V. Kha, and Nguyen, concealed on her person and in her carry-on
18 luggage.
19 Overt Act No. 46:   On or about January 31, 2012, co-conspirator
20 Wade Steffen shipped a pair of rhinoceros horns falsely identified in
21 shipping records as "antiques" from Stephenville, Texas, to co-
22 conspirator Nguyen in Highland, California.
23 Overt Act No. 47:   On or about February 8, 2012, co-conspirator
24 Wade Steffen and defendants MERRILY STEFFEN and MOLLY STEFFEN
25 attempted to travel from Long Beach, California, to Chicago,
26 Illinois, with approximately $337,000 in CITES-protected rhinoceros
27 horn purchase money and proceeds, provided to them by co-conspirators
28

F. Kha, V. Kha, and Nguyen, concealed on their persons and in their carry-on luggage.

Overt Act No. 48: Following his arrest on February 18, 2012, co-conspirator Wade Steffen told defendant MERRILY STEFFEN the following during a telephone call from jail: "Listen, don't, don't say nothing. I'm just going to get a lawyer and let him do the talking, alright?"

Overt Act No. 49: On February 19, 2012, defendant JAMES STEFFEN told co-conspirator Wade Steffen the following during a jailhouse telephone call: "They are going to ask you, did you know it was illegal and did you know it was illegal … you told me them whites was legal …."

Overt Act Nos. 50-56: On or about the following dates, defendant MERRILY STEFFEN transferred proceeds, derived from the sales of rhinoceros horns to co-conspirators F. Kha, V. Kha, and Nguyen, to defendant MOLLY STEFFEN, in the amounts listed below:

| Overt Act No. | Date of Wire Transfer | Wire Transfer Amount |
|---|---|---|
| 50 | 02/18/2011 | $3,000 |
| 51 | 03/02/2011 | $8,200 |
| 52 | 03/11/2011 | $9,100 |
| 53 | 03/21/2011 | $3,000 |
| 54 | 06/10/2011 | $22,000 |
| 55 | 06/13/2011 | $4,000 |
| 56 | 09/06/2011 | $3,000 |

Overt Act Nos. 57-69: On or about the following dates, the below-named defendants and co-conspirator Wade Steffen traveled to Long Beach, California, from the location listed, to receive money from co-conspirators F. Kha, V. Kha, and Nguyen as compensation for purchases and shipments of CITES-protected rhinoceros horns and to fund purchases of CITES-protected rhinoceros horns:

| Overt Act No. | Travel Date | Defendant(s) or Co-conspirators | Traveled From |
|---|---|---|---|
| 57 | 08/08/09 | Co-conspirator Wade Steffen | Omaha, NE |
| 58 | 05/11/10 | Co-conspirator Wade Steffen | Chicago, IL |
| 59 | 11/03/10 | MOLLY STEFFEN and co-conspirator Wade Steffen | Milwaukee, WI |
| 60 | 12/03/10 | MOLLY STEFFEN and co-conspirator Wade Steffen | Chicago, IL |
| 61 | 03/28/11 | MOLLY STEFFEN and co-conspirator Wade Steffen | Dallas, TX |
| 62 | 06/04/11 | Co-conspirator Wade Steffen | Austin, TX |
| 63 | 07/19/11 | MERRILY STEFFEN and co-conspirator Wade Steffen | Chicago, IL |
| 64 | 08/09/11 | Co-conspirator Wade Steffen | Omaha, NE |
| 65 | 08/09/11 | MERRILY STEFFEN | Chicago, IL |
| 66 | 09/07/11 | MERRILY STEFFEN | Chicago, IL |
| 67 | 10/05/11 | Co-conspirator Wade Steffen | Chicago, IL |
| 68 | 01/11/12 | MERRILY STEFFEN | Chicago, IL |
| 69 | 02/08/12 | MERRILY STEFFEN, MOLLY STEFFEN, and co-conspirator Wade Steffen | Chicago, IL |

Overt Act Nos. 70-96: On or about the following dates, the below-named defendants and co-conspirator Wade Steffen shipped CITES-protected rhinoceros horns to co-conspirators F. Kha, V. Kha, and Nguyen at the below-listed addresses within the Central District of California:

//
//
//
//

16

| Overt Act No. | Date | Shipper | Receiving Address |
|---|---|---|---|
| 70 | 10/08/10 | Co-conspirator Wade Steffen | 9641 Bolsa Avenue, Westminster, CA |
| 71 | 11/09/10 | Co-conspirator Wade Steffen | 9641 Bolsa Avenue, Westminster, CA |
| 72 | 11/17/10 | Co-conspirator Wade Steffen | 9641 Bolsa Avenue, Westminster, CA |
| 73 | 12/30/10 | Co-conspirator Wade Steffen | 9641 Bolsa Avenue, Westminster, CA |
| 74 | 01/07/11 | MERRILY STEFFEN | 9641 Bolsa Avenue, Westminster, CA |
| 75 | 03/04/11 | MERRILY STEFFEN | 9641 Bolsa Avenue, Westminster, CA |
| 76 | 03/23/11 | Co-conspirator Wade Steffen | 9641 Bolsa Avenue, Westminster, CA |
| 77 | 04/01/11 | Co-conspirator Wade Steffen | 9641 Bolsa Avenue, Westminster, CA |
| 78 | 04/11/11 | Co-conspirator Wade Steffen | 9641 Bolsa Avenue, Westminster, CA |
| 79 | 05/10/11 | Co-conspirator Wade Steffen | 7223 Church Street, Unit A-2, Highland, CA |
| 80 | 05/20/11 | Co-conspirator Wade Steffen | 7223 Church Street, Unit A-2, Highland, CA |
| 81 | 06/07/11 | MERRILY STEFFEN | 7223 Church Street, Unit A-2, Highland, CA |
| 82 | 06/14/11 | Co-conspirator Wade Steffen | 7223 Church Street, Unit A-2, Highland, CA |
| 83 | 07/27/11 | Co-conspirator Wade Steffen | 7223 Church Street, Unit A-2, Highland, CA |
| 84 | 08/30/11 | MERRILY STEFFEN | 7223 Church Street, Unit A-2, Highland, CA |
| 85 | 09/02/11 | MERRILY STEFFEN | 7223 Church Street, Unit A-2, Highland, CA |
| 86 | 09/13/11 | Co-conspirator Wade Steffen | 7223 Church Street, Unit A-2, Highland, CA |
| 87 | 09/22/11 | MOLLY STEFFEN | 7223 Church Street, Unit A-2, Highland, CA |
| 88 | 10/03/11 | MOLLY STEFFEN | 7223 Church Street, Unit A-2, Highland, CA |
| 89 | 10/13/11 | MOLLY STEFFEN | 7223 Church Street, Unit A-2, Highland, CA |

| Overt Act No. | Date | Shipper | Receiving Address |
|---|---|---|---|
| 90 | 10/27/11 | MOLLY STEFFEN | 7223 Church Street, Unit A-2, Highland, CA |
| 91 | 10/31/11 | MOLLY STEFFEN | 7223 Church Street, Unit A-2, Highland, CA |
| 92 | 11/08/11 | MERRILY STEFFEN | 7223 Church Street, Unit A-2, Highland, CA |
| 93 | 01/23/12 | Co-conspirator Wade Steffen | 7223 Church Street, Unit A-2, Highland, CA |
| 94 | 01/25/12 | Co-conspirator Wade Steffen | 7223 Church Street, Unit A-2, Highland, CA |
| 95 | 01/31/12 | Co-conspirator Wade Steffen | 7223 Church Street, Unit A-2, Highland, CA |
| 96 | 01/31/12 | MERRILY STEFFEN | 7223 Church Street, Unit A-2, Highland, CA |

A TRUE BILL

/S/
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental and
Community Safety Crimes Section